UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61839-CIV-DIMITROULEAS

ANDIAMO TEAM, INC.,
a Florida corporation, and
MARCELLO MONICI, individually,

Magistrate Judge Rosenbaum

    Plaintiff,
vs.

ANDIAMO TEAM, INC.,
a New York corporation, and
THERESA DOYLE, individually,

    Defendant.
_____/

## ORDER DISMISSING PLAINTIFF ANDIAMO TEAM, INC.

THIS CAUSE is before the Court upon the Joint Motion for Voluntary Dismissal With Prejudice, filed herein on April 17, 2008. [DE-54]. The Court has carefully considered the Motion, notes the signature of counsel for both Plaintiff Andiamo Team, Inc. and Defendants, the parties' representations at the hearing before the undersigned on April 25, 2008, and is otherwise fully advised in the premises.

In the instant Motion, Plaintiff, Andiamo Team, Inc., and Defendants, Andiamo Team, Inc. and Theresa Doyle, indicate that, pursuant to Federal Rule of Civil Procedure 41, they seek a dismissal of Plaintiff Andiamo's claims against the Defendants and the Defendants counterclaims against Plaintiff Andiamo.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Motion for Voluntary Dismissal With Prejudice [DE-54] is hereby **APPROVED**.

2) Plaintiff Andiamo Team, Inc.'s Claims against Defendants are hereby

**DISMISSED WITH PREJUDICE**.

3) Defendants counterclaims against Plaintiff Andiamo Team, Inc. are hereby

**DISMISSED WITH PREJUDICE**.

4) Plaintiff/Counter-Defendant Andiamo Team, Inc., a Florida corporation, is hereby

**DISMISSED WITH PREJUDICE**.

5) This case remains pending as to Plaintiff Monici's Complaint against Defendants and Defendants' counterclaims against Plaintiff Monici.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida this 25th day of April, 2008.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Marcello Monici, pro se
c/o Andiamo Team, Inc.
2400 East Commercial Blvd.
Suite 709
Fort Lauderdale, FL 33308

Stephen C. Hunt, Esq.
Michael P. Hamaway, Esq.