UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61839-CIV-DIMITROULEAS

ANDIAMO TEAM, INC.,
a New York corporation, and
THERESA DOYLE, individually,

Magistrate Judge Rosenbaum

    Counter-Claimants,

v.

MARCELLO MONICI, individually,

    Counter-Defendant.
_____/

## ORDER DIRECTING CLERK TO SELECT MEDIATOR

THIS CAUSE is before the Court upon Counter-Claimants' *Ex Parte* Status Report [DE-61], filed herein on July 2, 2008.

In the instant Status Report, Counter-Claimants request the Court to appoint a neutral mediator. Counter-Claimants indicate they have been unable to locate or communicate with Counter-Defendant in order to agree upon a mediator or in any way proceed in this case. Accordingly, it is **ORDERED AND ADJUDGED** that the Clerk shall designate a mediator from the list of certified mediators on a blind and random basis.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of July, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Marcello Monici, pro se
c/o Andiamo Team, Inc.
2400 East Commercial Blvd.
Suite 709
Fort Lauderdale, FL 33308

Stephen C. Hunt, Esq.
Michael P. Hamaway, Esq.